App. Div.]　　　　　　　　Second Department, May, 1907.

Gustave Neumeyer and Abraham J. Dimond, Respondents, v. Horace B. Hooker and Horace M. Hooker, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Polar Freezing and Cold Storage Company, Appellant, v. James W. Stevenson, as Commissioner of Bridges, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gardiner Stewart, Respondent, v. Thomas A. Ennis and Charles F. Stoppani Copartners Doing Business under the Firm Name of Ennis & Stoppani, Appellants. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of Proceedings of the Standard Trust Company of New York, as Administrator with the Will Annexed and as Trustee of John Slater, Deceased. John J. Slater (a Party in Interest), Appellant; The Standard Trust Company of New York, as Administrator with the Will Annexed and Trustee of John Slater, Deceased, and Various Parties in Interest, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles McLoughlin, Plaintiff, v. The Collins Building and Construction Company and Others, Defendants.— Motion denied, with ten dollars costs.

Isbell-Porter Company, Respondent, v. Henry J. Braker, Appellant.— Judgment modified as directed in opinion, and as thus modified affirmed. Order denying motion for new trial affirmed, with costs; order correcting verdict reversed, with ten dollars costs and disbursements to appellant. Opinion by Lambert, J.*

---

## SECOND DEPARTMENT, MAY, 1907.

Flora A. Colt, Plaintiff, v. Cornelius O'Connor, Individually, etc., and Others, Defendants.— Motion for stay denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Warren Dayton, Jr., Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion for stay granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

William H. French and Sarah E. French, Appellants, v. Barrett Bridge Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John J. Growvogel, Respondent, v. Siegel-Cooper Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Wenzl Hammerschick, Respondent, v. Stone Valley Distilling Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.